**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01325-CR

**SERGIO PARAMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53228-M**

## ORDER

The Court **GRANTS** appellant's June 23, 2013 motion to file a brief in excess of fifty

pages. The appellant's brief received on June 13, 2013 is considered properly filed.


/s/     LANA MYERS
          JUSTICE